**Opinion issued April 30, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00262-CV

————————————

**AIR DRILLING ASSOCIATES, INC., Appellant**

**V.**

**MIKE VANDER STAAK, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-24231**

---

## MEMORANDUM OPINION

Appellant Air Drilling Associates, Inc. filed a notice of appeal from the trial court's December 19, 2025 Amended Final Judgment. Appellee Mike Vander Staak filed a notice of cross-appeal.

On April 6, 2026, the trial court entered a Second Final Judgment. The parties subsequently filed a Joint Motion to Dismiss stating that in light of the Second Amended Final Judgment, their notices of appeal "have been rendered moot." They request that this Court dismiss both the appeal and cross-appeal.

We grant the parties' joint motion and dismiss the appeal and cross-appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.